UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 1:23-CR-00306-RC |
| ) | |
| TONEY SHELDON BRAY, AND ) | |
| ETHAN AARON BRAY, ) | |
| ) | |
| **Defendants** ) | |

**JOINT MOTION TO WAIVE IN PERSON APPEARANCE FOR VERDICT'S RETURN AND REQUEST TO APPEAR VIA VIDEOCONFERENCING**

COME NOW, the Defendants, TONEY SHELDON BRAY and ETHAN AARON BRAY, by and through counsel and pursuant to Federal Rule of Criminal Procedure 43(c)(2) file this Joint Motion To Waive In Person Appearance For Verdict's Return And Request To Appear Via Videoconferencing and would respectfully show unto the Court the following:

1. Toney Sheldon Bray and Ethan Aaron Bray appeared in Court for trial on Monday, August 26, 2024, until its conclusion on Tuesday, August 27, 2024. Following said trial, this Court took its ruling under advisement and scheduled the verdict's return for Thursday, October 3, 2024, at 11:00 am. The Brays hereby seek permission to appear for the verdict's return via videoconference instead of in person pursuant to Fed. R. Crim. P. 43(c)(2). Waivers for the Defendants are attached hereto and incorporated herein by reference as Exhibit 1.

2. The Brays assert that because they are indigent, it would be a financial burden on them to travel from their home of Blue Springs, Mississippi, to Washington, D.C., for a reading of the verdict. The Brays indicate that they will appear for sentencing hearings on the misdemeanor offenses to which they have pled, but if the Court would allow the reading of the verdict to occur through videoconferencing it would prevent the Brays for having to incur

lodging and food costs and transportation expenses for a roughly 848.0 mile trip that takes approximately thirteen (13) hours to drive. Additionally, if the Court were to grant the Brays' request, defense counsel would save travel time and expense and future expense would be limited to travel needed for the sentencing hearing(s).

3. That the Brays have been in full compliance with all terms of Pretrial Supervision and can assure the Court of their appearances to future settings.

**WHEREFORE PREMISES CONSIDERED**, the Defendants, TONEY SHELDON BRAY and ETHAN AARON BRAY, respectfully request that the Court accept their waiver for in-person appearance for the verdict's return and request to appear via videoconferencing.

**RESPECTFULLY SUBMITTED** this the 15th day of September, 2024.

**TONEY SHELDON BRAY, Defendant**

By: */s/ M. Scott Davis*
M. Scott Davis (MSB#103225)
Assistant Federal Public Defender
1200 Jefferson Avenue, Suite 100
Oxford, MS 38655
Email: scott_davis@fd.org

**ETHAN AARON BRAY, Defendant**

By: */s/ Paul Chiniche*
Paul Chiniche (MSB#101582/MS0012)
Chiniche Law Firm, PLLC.
Post Office Box 1202
Oxford, MS 38655
Telephone: 662.234.4319
Email: pc@chinichelawfirm.com

**CERTIFICATE OF SERVICE**

We, Paul Chiniche, counsel for Defendant Ethan Aaron Bray; and M. Scott Davis, counsel for Defendant Toney Sheldon Bray, hereby certify that we have as of this date, filed the above and foregoing using the Court's Electronic Filing System (ECF) which sent a true and correct copy to counsel of record on the following person(s):

    Sarah C. Martin, AUSA
    United States Attorney's Office
    601 D. Street, N.W.
    Washington, DC 20579
    Email: sarah.martin@usdoj.gov

    Jack E. Burkhead, AUSA
    United States Attorney's Office
    555 Fourth Street, N.W.
    Washington, DC 20530
    Email: Jack.E.Burkhead@usdoj.gov

SO CERTIFIED this the 15th day of September, 2024.

                                        By:    */s/ Paul Chiniche*
                                                    Paul Chiniche (MSB#101582/MS0012)

                                                      */s/ M. Scott Davis*
                                                      M. Scott Davis (MSB#103225)