IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 23-cr-306 RC |
| TONEY SHELDON BRAY and ETHAN AARON BRAY, | : |
| Defendants. | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 66, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED as to Defendants Toney Sheldon Bray and Ethan Aaron Bray.

SO ORDERED this 21st day of January, 2025.

Honorable Rudolph Contreras
United States District Court Judge